FILED
IN CLERKS OFFICE

2022 FEB 23 PM 2:33

U.S. DISTRICT COURT
DISTRICT OF MA

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:21-CR-10057 |
| ) | |
| CISNERO PAREDES-REYES, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO TERMINATE DEFENDANT'S SUPERVISED RELEASE TERM

NOW COMES the Defendant CISNERO PAREDES-REYES, appearing pro se, and respectfully motions the Court to terminate the imposed term of supervised release pursuant to 18 U.S.C. §3583(e)(1) and Fed.R.Crim.P. 32.1(c)(2)(C). No hearing is sought in this matter per Fed R. Crim. P. 32.1(c)(2)(B).

Argument Summary: Section 3583(e) allows Article III judges to terminate a term of supervised release if termination is in the interest of justice and warranted by the defendant's conduct. This petition deserves to be granted because:

- My conduct warrants early termination;

- The §3553(a) sentencing factors demonstrate that the interests of justice are satisfied with early termination;

- The policy of the Sentencing Commission and Judiciary are in favor of early termination;
- I pose almost zero risk to re-offend; and,

- Similar defendants have had their supervised release terminated.

*Motion denied.* /s/ NMGorton, USDJ 04/21/2022

1